| | |
|---|---|
| 1 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 2 | JOANNE HOEPER, State Bar #114961 |
|   | Chief Trial Attorney |
| 3 | MARK D. LIPTON, State Bar #152864 |
|   | Deputy City Attorney |
| 4 | Fox Plaza |
|   | 1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408 |
|   | Telephone: (415) 554-3881 |
| 6 | Facsimile: (415) 554-3837 |
| 7 | Attorneys for Defendant |
|   | CITY AND COUNTY OF SAN FRANCISCO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON CRUMP, | Case No. C06 07793 MJJ |
| Plaintiff, In Pro Per | **STIPULATION AND [PROPOSED] ORDER RE ELECTRONIC FILING** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, ANGEL LOZANO, RAYMOND LEE and TENDERLOIN HOUSING CLINIC | |
| Defendants. | Trial Date: None |

1

STIP. & PROP. ORDER RE E-FILING, USDC No.: C06 7793 (MJJ)

1   IT IS HEREBY STIPULATED by and between Plaintiff MARLON CRUMP and
2   Defendant CITY AND COUNTY OF SAN FRANCISCO, that documents may be filed with the
3   Court electronically in the above-captioned action.

April 17, 2007

By: /s/ Marlon Crump
    MARLON CRUMP

    Plaintiff In Pro Per

April 17, 2007

By: /s/ Mark Lipton
    MARK D. LIPTON

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

**IT IS SO ORDERED.**

DATED: 4/18/2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

2
STIP. & PROP. ORDER RE E-FILING, USDC No.: C06 7793 (MJJ)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MARLON CRUMP,

        Plaintiff,

v.

SF CITY OF et al,

        Defendant.

                                 /

Case Number: CV06-07793 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carol L. Healey
Bishop Barry Howe Haney & Ryder
2000 Powell Street
Suite 1425
Emeryville, CA 94608

Mark D. Lipton
San Francisco City Attorney's Office
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102

Marlon Crump
2791 16th St. Apt. #41
San Francisco, CA 94104

Dated: April 18, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk