IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON CRUMP, | No. C07-07793 MJJ |
| Plaintiff, | **ORDER GRANTING PLAINTIFF LEAVE TO FILE SURREPLY** |
| v. | |
| THE CITY AND COUNTY OF SAN FRANCISCO, ET AL., | |
| Defendants. | |

Defendant City and County of San Francisco moves to dismiss Plaintiff's complaint in part pursuant to Federal Rule of Civil Procedure 12(b)(6). In its opening brief, Defendant sought to dismiss Plaintiff's First and Fourth causes of action "to the extent they purport to state causes of action under 42 U.S.C. § 1983." (Mem. of P. & A. at 2:6.) However, in its reply brief, Defendant raised new arguments and challenged Plaintiff's 42 U.S.C. §§ 1985 and 1986 claims as well. The Court therefore **GRANTS LEAVE** to Plaintiff to file a surreply in response to Defendant's reply. Plaintiff's surreply brief, if any, shall not exceed **5 PAGES IN LENGTH**, shall be limited to addressing **ONLY THOSE NEW ISSUES** raised in Defendant's reply, and shall be filed **NO LATER THAN JULY 13, 2007.**

**IT IS SO ORDERED.**

Dated: July _2_, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE